**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FS PARTNERS,                   :    No. 202 MAL 2016

           Petitioner        :

                                    :    Petition for Allowance of Appeal from
                                    :    the Order of the Commonwealth Court

           v.                   :

                                    :

YORK COUNTY TAX CLAIM BUREAU   :
AND THOMAS R. STEELE,           :

                                    :

           Respondents      :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.